

# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2021

No. 04-20-00589-CV

**IN RE** Eloise and Ruben **GUZMAN,**

From the County Court, Guadalupe County, Texas
Trial Court No. 2020-CV-0212
Honorable Bill Squires, Judge Presiding

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

       Real Party in Interest's opposed emergency motion for stay is GRANTED.  We ORDER the trial court proceedings are stayed pending this court's disposition of the pending motion for rehearing.  We order relator's response to the motion is due **no later than March 18, 2021.**

       It is so **ORDERED** on March 3, 2021.

_____
Rebeca C. Martinez, Chief Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3 day of March, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2020-CV-0212, styled *Ruben Guzman and Eloise Guzman v. Mary A. Derrick All Other Occupants*, pending in the County Court, Guadalupe County, Texas, the Honorable Bill Squires presiding.